THE HONORABLE JUDGE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GONGJU CHOI,<br><br>    Plaintiff,<br><br>  v.<br><br>LG ELECTRONICS USA, INC.,<br><br>    Defendant. | No.: 2:22-CV-00494 BJR<br><br>ORDER GRANTING LG ELECTRONICS USA, INC.'S MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT |

**ORDER**

Based upon Defendant LG Electronic USA, Inc.'s Unopposed Motion to Extend Time to Appear and/or Answer Plaintiff's Complaint in this matter, it is hereby ORDERED that the Unopposed Motion is GRANTED. The deadline for LG Electronics USA, Inc. to appear

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

and/or Answer Plaintiff's Complaint is extended by 30 days from April 20, 2022 until May 13, 2022.

IT IS SO ORDERED.

DATED this 21st day of April, 2022

s/Barbara J. Rothstein
Barbara Jacobs Rothstein
United States District Judge

Respectfully Submitted By:

BULLIVANT HOUSER BAILEY PC

By: /s/ *Megan Cook*
Megan Cook, WSBA #45943
E-mail: megan.cook@bullivant.com

Attorneys for Defendant LG Electronics US, Inc.

4881-0630-5309.1