1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GONGJU CHOI,

                    Plaintiff,

    v.

LG ELECTRONICS USA, INC.,

                    Defendant.

No.  2:22-cv-00494-BJR

ORDER DIRECTING PLAINTIFF'S
COUNSEL TO PROCURE
SUBSTITUTION COUNSEL

This lawsuit, originally filed in Washington state court, was removed to this Court on April 13, 2022.  Although this Court's scheduling order, dated May 16, 2022 (Dkt. 14), required the parties to file a Joint Status Report by June 27, 2022, Plaintiff failed to participate in the filing of that report because her attorney, Daniel Yoon, had not yet been admitted to practice before this Court.  *See* Dkts. 16-17.  On July 17, 2022, after Mr. Yoon contacted this Court's chambers to explain that he had been unable to obtain the Certificates of Recommendation necessary to become admitted, the Court entered an Order recommending that Mr. Yoon contact the Washington State Bar Association for assistance.  Dkt. 19.  In that Order, the Court also recommended that, if Mr. Yoon were unable to obtain such assistance, he should consider recommending to Plaintiff that she associate with another attorney who is admitted to practice before this Court.  *Id.*  At this point, Mr. Yoon has not indicated to the Court that he has made any progress in becoming so admitted.

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Mr. Yoon, being unable to proceed with this case, is hereby instructed to procure substitution counsel who is admitted to practice before this Court and can either replace or associate with him as Plaintiff's counsel in this case.  The Court further orders Mr. Yoon to share this Order and its contents with Plaintiff.

Dated:  August 18, 2022

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2